

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00318-CV

**THE COMMERCIAL BANK**,
Appellant

v.

**VULCAN CONSTRUCTION MATERIALS, LP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12245
Honorable Gloria Saldana, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

All costs are ORDERED assessed against the party who incurred them.

SIGNED August 14, 2013.

_____
Marialyn Barnard, Justice